Case 1:26-cv-00028   Document 10   Filed 01/26/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| OMOKEHINDE MUYIWA OYEGOKE TEWOGBADE, § § § § Petitioner, § § VS. § § KRISTI NOEM, § § § Respondent. § | CIVIL ACTION NO. 1:26-CV-028 |

## **ORDER**

Petitioner Omokehinde Muyiwa Oyegoke Tewogbade appears to seek judicial review of a decision by the Board of Immigration Appeals: "I am appealing the decision of the Immigration Judge and the BIA base[d] on the following facts[.]" (Petition, Doc. 1, 2)

Individuals in removal proceedings who receive an adverse decision from the BIA may appeal solely to a federal court of appeals. *See* 8 U.S.C. § 1252(a)(5) ("[A] petition for review filed with an appropriate court of appeals in accordance with this section shall be the *sole and exclusive means* for judicial review of an order of removal[.]" (emphasis added)). Thus, the Court finds that it lacks subject matter jurisdiction to consider Petitioner's claims.

Under 28 U.S.C. § 1631, a federal district court finding that it lacks subject matter jurisdiction over a matter "shall, if it is in the interest of justice, transfer such action or appeal to any other such court . . . in which the action or appeal could have been brought at the time it was filed[.]" *See also JTB Tools & Oilfield Services, L.L.C. v. United States*, 831 F.3d 597, 598 (5th Cir. 2016) (affirming transfer from district court to Fifth Circuit, which had "exclusive jurisdiction" over the matter). In the present matter, the Court finds that the interest of justice warrants a transfer of this action to the United States Court of Appeals for the Fifth Circuit.

Accordingly, it is:

**ORDERED** that Petitioner Omokehinde Muyiwa Oyegoke Tewogbade's Petition for Review (Doc. 1) be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit.

Signed on January 26, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge